UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY WILLIAMS, | No. 2:14-cv-0756 DAD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2014, the court ordered petitioner to either file an in forma pauperis ("IFP") affidavit or pay the required filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner has not yet filed an IFP affidavit or paid the filing fee. Petitioner has only filed a copy of a "Release of Funds Authorization" form, which appears to authorize $5.00 to be paid to this court. Petitioner is advised that the court has not received any payment to date. Under these circumstances, the court will provide petitioner with another opportunity to either submit the appropriate affidavit in support of a request to proceed IFP or submit the appropriate filing fee.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: September 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will0756.101a(2)