UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY WILLIAMS,<br><br>          Petitioner,<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondents. | No.  2:14-cv-0756 DAD P<br><br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 12, 2014, respondent filed a motion to dismiss the pending petition.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the date of service of this order, petitioner shall show cause in writing why this court should not grant

/////

/////

/////

/////

1

1 the pending motion to dismiss the petition.  Alternatively, if petitioner no longer wishes to
2 proceed with this federal habeas action, he may file a request to voluntarily dismiss this case.
3 Dated: January 6, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6 DAD:9
will0756.102